# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE      :      NO. 471
MAGISTERIAL DISTRICTS WITHIN THE    :
11th JUDICIAL DISTRICT OF THE       :      MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 11th Judicial District (Luzerne County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Luzerne County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 11-1-01<br>Magisterial District Judge Richard J. Cronauer | City of Wilkes-Barre (Wards 11-20) |
| Magisterial District 11-1-02<br>Magisterial District Judge Thomas F. Malloy, Sr. | City of Wilkes-Barre (Wards 1-10) |
| Magisterial District 11-1-03<br>Magisterial District Judge Joseph D. Zola | City of Hazleton |

| | |
|---|---|
| Magisterial District 11-1-04<br>Magisterial District Judge Alexandra C. Kokura Kravitz | Avoca Borough<br>Dupont Borough<br>Duryea Borough<br>Hughestown Borough<br>Jenkins Township<br>City of Pittston<br>Pittston Township<br>Yatesville Borough |
| Magisterial District 11-1-05<br>Magisterial District Judge James J. Haggerty, Jr. | Edwardsville Borough<br>Kingston Borough |
| Magisterial District 11-1-06<br>Magisterial District Judge David A. Barilla | Courtdale Borough<br>Forty Fort Borough<br>Larksville Borough<br>Luzerne Borough<br>Pringle Borough<br>Swoyersville Borough |
| Magisterial District 11-2-01<br>Magisterial District Judge Joseph J. Carmody | Exeter Borough<br>Exeter Township<br>West Pittston Borough<br>West Wyoming Borough<br>Wyoming Borough |
| Magisterial District 11-2-03<br>Magisterial District Judge Joseph A. Halesey | Ashley Borough<br>Hanover Township<br>Sugar Notch Borough<br>Warrior Run Borough |
| Magisterial District 11-3-01<br>Magisterial District Judge Matthew C. Christopher | Conyngham Township<br>Fairmount Township<br>Hollenback Township<br>Hunlock Township<br>Huntingdon Township<br>Nescopeck Borough<br>Nescopeck Township<br>New Columbus Borough<br>Ross Township<br>Salem Township<br>Shickshinny Borough<br>Union Township |
| Magisterial District 11-3-02<br>Magisterial District Judge Donald L. Whittaker | City of Nanticoke<br>Newport Township<br>Plymouth Borough |

Plymouth Township

Magisterial District 11-3-03  
Magisterial District Judge Daniel O'Donnell

Black Creek Township  
Butler Township  
Conyngham Borough  
Foster Township  
Freeland Borough  
Sugarloaf Township

Magisterial District 11-3-04  
Magisterial District Judge James M. Dixon

Hazle Township  
Jeddo Borough  
West Hazleton Borough

Magisterial District 11-3-06  
Magisterial District Judge Ferris P. Webby, Sr.

Dennison Township  
Dorrance Township  
Fairview Township  
Nuangola Borough  
Penn Lake Park Borough  
Rice Township  
Slocum Township  
White Haven Borough  
Wright Township

Magisterial District 11-3-07  
Magisterial District Judge Michael G. Dotzel

Bear Creek Township  
Bear Creek Village Borough  
Buck Township  
Laurel Run Borough  
Wilkes-Barre Township

Magisterial District 11-3-08  
Magisterial District Judge Joseph D. Spagnuolo, Jr.

Laflin Borough  
Plains Township

Magisterial District 11-3-09  
Magisterial District Judge Brian J. Tupper

Dallas Borough  
Dallas Township  
Franklin Township  
Harveys Lake Borough  
Jackson Township  
Kingston Township  
Lake Township  
Lehman Township